UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM W. RAHMAAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),<br><br>    Defendant. | NO. CV 14-8372-DDP (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objection to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

In his Objection, plaintiff has appended to the Objection a document that was not presented to the Magistrate Judge. A district court has discretion, but is not required, to consider evidence or arguments presented for the first time in objections to a report and recommendation. *See* Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002); United States v. Howell, 231 F.3d 615,

621-22 (9th Cir. 2000).  The Court has exercised its discretion to consider this new evidence and plaintiff's related arguments, but concludes that such evidence and argument do not affect or alter the analysis and conclusions set forth in the Report.

The Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that:  (1) defendant's motion to dismiss is granted pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; (2) the Complaint is dismissed without leave to amend; and (3) Judgment shall be entered dismissing this action with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 3, 2015

```
_____
        DEAN D. PREGERSON
     UNITED STATES DISTRICT JUDGE
```