# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARIM W. RAHMAAN,** | NO. CV 14-8372-DDP (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),** | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 3, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE